November 16, 1979.

423 A.2d 1324

Commonwealth v. Bob, Appellant.

Submitted April 12, 1979. Louis R. Dadowski, Assistant Public Defender, for appellant; Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and MONTGOMERY, JJ.

Order affirmed.

423 A.2d 1324

Commonwealth v. Butler, Appellant.

Submitted April 12, 1979. Alan Ellis, for appellant; Laurance B. Seaman, for Commonwealth, appellee.

Before PRICE, HESTER and MONTGOMERY, JJ.

Order and judgment affirmed.